IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEL-MAUR FARMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3282 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, and EXCEL CORPORATION, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that plaintiff's motion, filing 80, to strike filing number 79 is granted. The Clerk's Office shall strike Document Number 79 from the record.

DATED this 19th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge