IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEL-MAUR FARMS, INC.,            )
                                 )
            Plaintiff,           )          4:04CV3282
                                 )
        v.                       )
                                 )
CARGILL and EXCEL                )          ORDER
CORPORATION,                     )
                                 )
            Defendants.          )
_____ )


        IT IS ORDERED:

        The joint motion of the parties, filing 82, is granted and
defendants are given to and including May 2, 2005 to respond to
plaintiff's motion to set aside stipulation of protective order.


        DATED this 21st day of April, 2005.


                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge