IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEL-MAUR FARMS, INC.,            )
                                 )
                Plaintiff,       )        4:04CV3282
                                 )
          v.                     )
                                 )
CARGILL INCORPORATED and         )        ORDER
EXCEL CORPORATION,               )
                                 )
                Defendants.      )
                                 )

       IT IS ORDERED:

       Plaintiff's motion, filing 85, is granted and plaintiff's
Motion To Set Aside Stipulation of Protective Order (filing 81)
is withdrawn and set aside.


       DATED this 3rd day of May, 2005.


                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge