IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEL-MAUR FARMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3282 |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, and EXCEL CORPORATION, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 99 be stricken from the record for the following reason(s):

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 99 from the record. The party is directed to re-file the document.

DATED this 28th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge