# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Del-Maur Farms, Inc., <br> a Nebraska Corporation, <br><br> Plaintiff, <br> v. <br><br> Cargill, Incorporated d/b/a Cargill <br> Animal Nutrition, <br> and <br> Excel Corporation, <br> a Delaware Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 4:04-cv-03282 <br><br><br><br> **ORDER** |

Upon consideration of Defendants Cargill, Incorporated d/b/a Cargill Animal Nutrition and Cargill Meat Solutions Corporation, f/k/a Excel Corporation's Motion to Extend Deadline to File Motion to Compel Discovery (the "Motion"),

It is hereby ORDERED that:

1. The Motion, filing 110, is granted;

2. Defendants are granted an extension of time to and including July 8, 2005, in which to file a motion to compel discovery.

Dated this 6th day of July, 2005.

                               BY THE COURT

                               s/ *David L. Piester*

                               David L. Piester
                               United States Magistrate Judge

DSMS1:40057987.01

1