IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEL-MAUR FARMS, INC., | ) | 4:04CV3282 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| EXCEL CORPORATION and | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 170) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

September 19, 2005.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge